# Exhibit B

# Exhibit B

-------- Original message --------
From: Ben Freeman <benjaminfreeman111@gmail.com>
Date: 12/19/2015 4:39 PM (GMT-08:00)
To: Geno Munari <munari@msn.com>
Subject: Important!! This is NOT Spam. Re: Your domain names.

Dear Mr. Munari,

I am writing to follow up with regarding domains in your name that I mentioned in a previous email sent a week ago, today. I have copied that email here, so you can have another look at it. Please get back to me as soon as possible if you'd like to discuss purchasing these domains.

Thank you for your time.

"Dear. Mr Munari,

I am a third party broker representing over 10,000 registered domain names across 300 different fields. I am writing to you today to inform you that one of my clients is interesting to selling the following domains as one bulk purchase and has three current offers on the table. I am reaching out to you to see if you are interested in purchasing the following domains before they are bought up by the highest bidder (a gentleman who apparently is doing an investigative biographical site about your life and the life of your wife, Penny, and seeks to name those sites "The Real Truth About Geno Munari", and "The Real Truth About Penny Munari,' respectfully.

Given the subject matter and the fact that he seems to have an axe to grind and is looking put your dirty laundry online, I am reluctant to sell him the domain names in question, but he is the current highest bidder.

If you are interested in purchasing these sites (and please note, it is not my standard practice to make such an offer as I would be undermining his bid in the process) to be sure to keep them out the wrong hands, especially given that they are the most direct links to your name and will trackback to your Houdini's Magic Shop site via a Google search, I will offer these sites up to you first and allow you to purchase them yourself before the bidding ends on December 30th. At that point in time, if the gentleman who seeks to put up a biographical site is the highest bidder, I will have no choice but to sell it to him.

Please let me know if you're interested in protecting the following domains and get back to me as soon as possible. I don't hear from you with some immediacy, the domains will be gone and sold off to the highest bidder no matter who they are or what their intention."

genomunari.com
genomunari.net
genomunari.info

pennymunari.com

Ben Freeman
Freeman Domain Exchange