# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEO MUNARI and PENNY MUNARI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BENJAMIN FREEMAN and UNKNOWN REGISTRANTS OF GENOMUNARI.COM, GENOMUNARI.NET, GENOMUNARI.INFO, and PENNYMUNARI.COM,<br><br>　　　　　Defendants. | 2:16-cv-00083-RFB-VCF<br>**ORDER** |

　　　Before the court is Non-Party John Doe's Motion to Quash Plaintiff's Subpoena to Domains by Proxy, LLC & Request for Sanctions (#5).

　　　IT IS HEREBY ORDERED that a hearing on Non-Party John Doe's Motion to Quash Plaintiff's Subpoena to Domains by Proxy, LLC & Request for Sanctions (#5) is scheduled for 2:00 p.m., April 11, 2016, in courtroom 3D.

　　　DATED this 11th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE